

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-13-00236-CR

Esain Orlando **CARMONA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4882
Honorable Laura Parker, Judge Presiding

## ORDER

Pursuant to a plea bargain agreement, appellant pled nolo contendere to aggravated robbery. The trial court's certification of defendant's right to appeal states this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). After appellant filed his notice of appeal, the court clerk sent copies of the certification and notice of appeal to this court. *See* TEX. R. APP. P. 25.2(e).

Appellant filed two pro se notices of appeal, in which he asserts a written pre-trial motion to suppress was denied on June 27, 2012. The clerk's record contains a written plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the State and agreed to by the appellant. The clerk's record also contains two motions to suppress, but does not contain any orders ruling on any pre-trial motions.

"In a plea bargain case . . . a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEX. R. APP. P. 25.2(a)(2). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made a part of the record." TEX. R. APP. P. 25.2(d).

It is therefore ORDERED this appeal will be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d), unless an amended trial court certification that shows appellant has the right of appeal has been made part of the appellate record by **May 17, 2013**. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

_Keith E. Hottle_

Keith E. Hottle
Clerk of Court

